**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**BILLY C. BLACKWELDER**                                                                                      **PLAINTIFF**

**V.**                                                                                            **NO. 3:25-CV-166-DMB-JMV**

**HOLLYWOOD CASINOS LLC,
et al.**                                                                                                          **DEFENDANTS**

**ORDER**

On May 5, 2025, Billy C. Blackwelder filed a complaint in the Circuit Court of Tunica County, Mississippi, against Hollywood Casinos LLC; The Burks Companies, Inc.; John Doe 1; John Doe Corporations 1-5; and John Does 2-5. Doc. #2. Asserting diversity jurisdiction, The Burks Companies removed the case to the United States District Court for the Northern District of Mississippi on June 4, 2025. Doc. #1. Hollywood Casinos filed a motion to remand on June 27 stating the "petition for removal is defective as [it] did not join in it and does not consent to the removal." Doc. #6 at PageID 57. Five days later, The Burks Companies responded that "[i]n light of the arguments and authority set forth in Hollywood's Motion to Remand, [it] … has no objection to this case being remanded to the Circuit Court of Tunica County." Doc. #10 at PageID 64.

Because Hollywood Casinos does not consent to removal,[1] the motion to remand [6] is **GRANTED**. This case is **REMANDED** to the Circuit Court of Tunica County, Mississippi.

**SO ORDERED**, this 3rd day of July, 2025.

                                                                            /s/Debra M. Brown_____
                                                                            **UNITED STATES DISTRICT JUDGE**

---

[1] *See* 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action."); *id* § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").